**Dismiss and Opinion Filed July 21, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00679-CV

### CARLA ROBERTSON-BREWSTER, Appellant

### V.

### LANDMARK AT GLENEAGLES, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-1048-2015**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Brown and Stoddart
Opinion by Justice Stoddart

The parties have informed the Court they have settled all claims and disputes in this case and move, pursuant to Texas Rules of Appellate Procedure 42.1(a) and 43.2, to dismiss the appeal. *See* TEX. RS. APP. P. 42.1(a), 43.2(f). We grant the parties' joint motion and dismiss the appeal. *See id.* 42.1(a), 43.2(f).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

150679F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CARLA ROBERTSON-BREWSTER,
Appellant

No. 05-15-00679-CV     V.

LANDMARK AT GLENEAGLES,
Appellee

On Appeal from the County Court at Law
No. 5, Collin County, Texas
Trial Court Cause No. 005-1048-2015.
Opinion delivered by Justice Stoddart. Chief
Justice Wright and Justice Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Per the parties' agreement, we **ORDER** each party bear its own costs of this appeal.

Judgment entered this 21st day of July, 2015.